**Criminal Notice of Appeal - Form A**

```
                                                    ┌─────────────────────────┐
                                                    │  U.S. DISTRICT COURT    │
                                                    │        FILED            │
                                                    │  ┌───────────────────┐  │
              NOTICE OF APPEAL                      │  │    NOV 1 2 2025    │  │
                                                    │  └───────────────────┘  │
          United States District Court             │  SOUTHERN DISTRICT OF   │
      Southern_____ District of New York          │       NEW YORK          │
                                                    └─────────────────────────┘
```

Caption:

United States_____ v.

Kareem Adams_____          Docket No.: 24 Cr. 365 (GBD)_____

                                      Honorable George B. Daniels_____
                                              (District Court Judge)

Notice is hereby given that Kareem Adams_____ appeals to the United States Court of

Appeals for the Second Circuit from the judgment ✓, other ⌐ _____

entered in this action on November 12, 2025.                        (specify)
                                (date)

This appeal concerns: Conviction only |___ Sentence only |✓| Conviction & Sentence |___ Other |___.

Defendant found guilty by plea |✓| trial | | N/A | .

Offense occurred after November 1, 1987? Yes | ✓ No | N/A |

Date of sentence: November 12, 2025_____ N/A |___|

Bail/Jail Disposition: Committed |✓ Not committed | N/A |

Appellant is represented by counsel? Yes ✓| No | If yes, provide the following information:

Defendant's Counsel:  Sarah M. Sacks, Esq._____

Counsel's Address:    100 Lafayette Street, Suite 502_____

                      New York, NY 10013_____

Counsel's Phone:      212 684 1230_____

Assistant U.S. Attorney:  AUSA Patrick Moroney_____

AUSA's Address:       26 Federal Plaza    37th Floor_____

                      New York, NY 10278_____

AUSA's Phone:         212 637 2330_____

                                      _____
                                              Signature

CLOSED,APPEAL,ECF,PRIOR

# U.S. District Court
## Southern District of New York (Foley Square)
## CRIMINAL DOCKET FOR CASE #: 1:24−cr−00365−GBD All Defendants

Case title: USA v. Adams

Magistrate judge case number:  1:24−mj−01773−UA

Date Filed: 06/06/2024

Date Terminated: 11/12/2025

Assigned to: Judge George B. Daniels

**Defendant (1)**

| | |
|---|---|
| **Kareem Adams** | represented by **Sarah M Sacks** |
| *TERMINATED: 11/12/2025* | Epstein Sacks PLLC |
| *also known as* | Epstein Sacks PLLC |
| Sealed Defendant 1 | 100 Lafayette Street |
| *TERMINATED: 11/12/2025* | Suite 502 |
| | 10013, Suite 502 |
| | New York, NY 10013 |
| | 212−684−1230 |
| | Email: sarahsacksesq@gmail.com |
| | *LEAD ATTORNEY* |
| | *ATTORNEY TO BE NOTICED* |
| | *Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN (3s) | IMPRISONMENT: Seventy−two (72) months on count three. SUPERVISED RELEASE: Five (5) years. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:846=ND.F CONSPIRACY TO DISTRIBUTE NARCOTICS (1) | Dismissed |
| 21:846=ND.F CONSPIRACY TO DISTRIBUTE NARCOTICS (1s) | Dismissed |
| 18:922G.F UNLAWFUL TRANSPORT OF FIREARMS, ETC. (POSSESSION OF AMMUNITION AFTER A FELONY CONVICTION) (2) | Dismissed |
| 18:922G.F UNLAWFUL TRANSPORT OF FIREARMS, ETC. (POSSESSION OF AMMUNITION AFTER A FELONY CONVICTION) (2s) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                                          **Disposition**

18:922G.F Possession of Ammunition
After a Felony Conviction

---

**Plaintiff**

**USA**                              represented by   **Patrick Ryan Moroney**
DOJ−USAO
1 Saint Andrews Plaza
New York, NY 10001
212−637−2330
Email: patrick.moroney@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Alexandra S. Messiter**
DOJ−USAO
U.S. Attorney's Office − Southern District
of New York
26 Federal Plaza
New York, NY 10278
212−637−2544
Email: Alexandra.Messiter@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/06/2024 | 1 | Sealed Complaint as to Kareem Adams (1). Violations of 18 U.S.C. §§ 922(g)(1) and 2. (Signed by Magistrate Judge Gary Stein) (jbo) [1:24−mj−01773−UA] (Entered: 05/08/2024) |
| 05/07/2024 |  | Arrest of Kareem Adams. (jbo) [1:24−mj−01773−UA] (Entered: 05/08/2024) |
| 05/08/2024 | 3 | CJA 23 Financial Affidavit by Kareem Adams. Sarah Sacks appointed counsel. Approved. (Signed by Magistrate Judge Gary Stein) (jbo) [1:24−mj−01773−UA] (Entered: 05/08/2024) |
| 05/08/2024 |  | Attorney update in case as to Kareem Adams. Attorney Sarah M Sacks for Kareem Adams added. (jbo) [1:24−mj−01773−UA] (Entered: 05/08/2024) |
| 05/08/2024 | 4 | Minute Entry for proceedings held before Magistrate Judge Gary Stein: Initial Appearance as to Kareem Adams held on 5/8/2024. Detention Hearing as to Kareem Adams held on 5/8/2024. Defendant present with CJA Sarah Sacks. AUSA Patrick Moroney present. BAIL DISPOSITION: Detention on consent without prejudice. ***Preliminary Hearing Date: 6/7/24. On defendant's consent. (jbo) [1:24−mj−01773−UA] (Entered: 05/08/2024) |
| 06/06/2024 | 5 | UNREDACTED INDICTMENT FILED as to Kareem Adams. (jm) **(Not for Public view pursuant to Standing Order of the court, 24−mc−184.)** (Entered: 06/07/2024) |
| 06/06/2024 | 6 | REDACTED INDICTMENT FILED as to Kareem Adams (1) count(s) 1, 2. (jm) (Entered: 06/07/2024) |
| 06/06/2024 |  | Case Designated ECF as to Kareem Adams. (jm) (Entered: 06/07/2024) |
| 06/10/2024 | 7 | ORDER as to Kareem Adams: An initial conference for this case is hereby scheduled for June 11, 2024 at 10:00 a.m. (Pretrial Conference set for 6/11/2024 at 10:00 AM before Judge George B. Daniels) (Signed by Judge George B. Daniels on 6/10/2024) (ap) (Entered: 06/10/2024) |
| 06/11/2024 |  | Minute Entry for proceedings held before Judge George B. Daniels: Arraignment as to Kareem Adams (1) Count 1,2 held on 6/11/2024. Plea entered by Kareem Adams Not |

| | | |
|---|---|---|
| | | Guilty. Attorney(s) present for Government: Patrick Ryan Moroney. Attorney(s) present for Defendant(s): Sarah M Sacks. Also present: Defendant; Court Reporter. Notes: Defendant was arraigned on the Indictment and entered a plea of not guilty on all counts. A status conference is scheduled for August 8, 2024 at 10:00 a.m. On the Government's motion, time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time. (Status Conference set for 8/8/2024 at 10:00 AM before Judge George B. Daniels.) (jbo) (Entered: 06/11/2024) |
| 06/14/2024 | 8 | LETTER MOTION addressed to Judge George B. Daniels from Patrick R. Moroney dated June 14, 2024 re: Entry of Proposed Protective Order . Document filed by USA as to Kareem Adams. (Attachments: # 1 Exhibit – Signed Protective Order)(Moroney, Patrick) (Entered: 06/14/2024) |
| 06/18/2024 | 9 | PROTECTIVE ORDER as to Kareem Adams...regarding procedures to be followed that shall govern the handling of confidential material. SO ORDERED: (Signed by Judge George B. Daniels on 6/18/2024) (bw) (Entered: 06/18/2024) |
| 07/16/2024 | 10 | TRANSCRIPT of Proceedings as to Kareem Adams re: Conference held on 6/11/2024 before Judge George B. Daniels. Court Reporter/Transcriber: Rebecca Forman, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/6/2024. Redacted Transcript Deadline set for 8/16/2024. Release of Transcript Restriction set for 10/15/2024. (McGuirk, Kelly) (Entered: 07/16/2024) |
| 07/16/2024 | 11 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Kareem Adams. Notice is hereby given that an official transcript of a Conference proceeding held on 6/11/2024 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 07/16/2024) |
| 07/23/2024 | 12 | (S1) SUPERSEDING UNREDACTED INDICTMENT FILED as to Kareem Adams. (jm) **(Not for Public view pursuant to Standing Order of the court, 24–mc–184.)** (Entered: 07/23/2024) |
| 07/23/2024 | 13 | (S1) SUPERSEDING REDACTED INDICTMENT FILED as to Kareem Adams (1) count(s) 1s, 2s, 3s. (jm) (Entered: 07/23/2024) |
| 08/05/2024 | 14 | LETTER MOTION addressed to Judge George B. Daniels from Sarah M. Sacks dated August 5, 2024 re: request to adjourn status conference on consent . Document filed by Kareem Adams. (Sacks, Sarah) (Entered: 08/05/2024) |
| 08/05/2024 | 15 | MEMO ENDORSEMENT 14 LETTER MOTION as to Kareem Adams....ENDORSEMENT...SO ORDERED (Signed by Judge George B. Daniels on 8/5/24) (jw) (Entered: 08/05/2024) |
| 08/05/2024 | | Set/Reset Deadlines/Hearings as to Kareem Adams: Status Conference set for 9/3/2024 at 10:00 AM before Judge George B. Daniels (jw) (Entered: 08/05/2024) |
| 09/03/2024 | | Minute Entry for proceedings held before Judge George B. Daniels: Status Conference as to Kareem Adams held on 9/3/2024. Attorney(s) present for Government: Patrick Ryan Moroney. Attorney(s) present for Defendant(s): Sarah M Sacks. Also present: Court Reporter. Conference held September 9, 2024. Defendant refused transportation to appear. A status conference is scheduled for October 2, 2024 at 10:00 a.m. On the Governments motion, time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time. (Status Conference set for 10/2/2024 at 10:00 AM before Judge George B. Daniels) (ap) (Entered: 09/03/2024) |
| 10/02/2024 | | Minute Entry for proceedings held before Judge George B. Daniels: Status Conference as to Kareem Adams held on 10/2/2024. Attorney(s) present for Government: Patrick Ryan Moroney. Attorney(s) present for Defendant(s): Sarah M Sacks. Also present: Defendant; Court Reporter. Conference held October 2, 2024. Defendant refused transportation to appear. A status conference is scheduled for January 15, 2025 at 10:00 a.m. Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time. (Status Conference set for 1/15/2025 at |

| | | |
|---|---|---|
| | | 10:00 AM before Judge George B. Daniels) (ap) (Entered: 10/02/2024) |
| 01/14/2025 | 16 | LETTER MOTION addressed to Judge George B. Daniels from Sarah M. Sacks dated January 14, 2025 re: request to adjourn status conference due to client's illness . Document filed by Kareem Adams. (Sacks, Sarah) (Entered: 01/14/2025) |
| 01/14/2025 | 17 | MEMO ENDORSEMENT as to Kareem Adams on re: 16 LETTER MOTION filed by Kareem Adams addressed to Judge George B. Daniels from Attorney Sarah M. Sacks dated January 14, 2025 re: request to adjourn status conference due to client's illness. ENDORSEMENT: The conference scheduled for January 15, 2025 is adjourned to January 28, 2025 at 10:00 a.m. SO ORDERED. ( Status Conference set for 1/28/2025 at 10:00 AM before Judge George B. Daniels. )(Signed by Judge George B. Daniels on 1/14/2025) (bw) (Entered: 01/14/2025) |
| 01/14/2025 | 18 | LETTER MOTION addressed to Judge George B. Daniels from Patrick R. Moroney dated January 14, 2025 re: Request to Exclude Speedy Trial Act Time . Document filed by USA as to Kareem Adams. (Moroney, Patrick) (Entered: 01/14/2025) |
| 01/15/2025 | 19 | MEMO ENDORSEMENT granting 18 LETTER MOTION filed by Kareem Adams (1), addressed to Judge George B. Daniels from Attorney Patrick R. Moroney dated January 14, 2025 re: Request to Exclude Speedy Trial Act Time.... Earlier today, the Court adjourned the status conference scheduled for tomorrow, January 15, until January 28, 2025, after defense counsel reported that the defendant had fallen ill. (Dkt. No. 17). The Government respectfully requests that the Court exclude time under the Speedy Trial Act from January 15, 2025, through January 28, 2025, in light of the defendant's illness and because the defense requested the adjournment. See 18 U.S.C. § 3161 (h)(7)(A). As noted in the defense's letter request, the defendant does not object to the exclusion of Speedy Trial time. ENDORSEMENT: SO ORDERED. (Signed by Judge George B. Daniels on 1/15/2025) (bw) (Entered: 01/15/2025) |
| 01/28/2025 | | Minute Entry for proceedings held before Judge George B. Daniels: Status Conference as to Kareem Adams held on 1/28/2025. Attorney(s) present for Government: Patrick Ryan MoroneyAttorney(s) present for Defendant(s): Sarah M Sacks Also present: Court Reporter Conference held January 28, 2025. Defendant refused transportation to appear. Motions due April 1, 2025. A pretrial conference is scheduled for May 14, 2025 at 10:00 a.m. A tentative trial date is set for July 14, 2025 at 10:00 a.m. Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time. (Motions due by 4/1/2025. Jury Trial set for 7/14/2025 at 10:00 AM before Judge George B. Daniels. Pretrial Conference set for 5/14/2025 at 10:00 AM before Judge George B. Daniels) (ap) (Entered: 01/28/2025) |
| 03/04/2025 | 20 | LETTER MOTION addressed to Judge George B. Daniels from Sarah M. Sacks dated March 4, 2025 re: defendant's request for status conference . Document filed by Kareem Adams. (Sacks, Sarah) (Entered: 03/04/2025) |
| 03/05/2025 | 21 | ORDER as to Kareem Adams: A status conference is scheduled for April 1, 2025 at 11:00 a.m. Motions are due April 15, 2025. Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until April 15, 2025. SO ORDERED. (Status Conference set for 4/1/2025 at 11:00 AM before Judge George B. Daniels. Motions due by 4/15/2025.) (Signed by Judge George B. Daniels on 3/5/2025) (lnl) (Entered: 03/05/2025) |
| 04/01/2025 | | Minute Entry for proceedings held before Judge George B. Daniels: Status Conference as to Kareem Adams held on 4/1/2025. Attorney(s) present for Government: Patrick Ryan Moroney. Attorney(s) present for Defendant(s): Sarah M. Sacks. Also present: Court Reporter. Notes: Conference held April 1, 2025. Defendant refused transportation to appear. A pretrial conference is scheduled for May 14, 2025 at 12:00 p.m. Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time. (bw) (Entered: 04/01/2025) |
| 04/01/2025 | | ORAL ORDER as to Kareem Adams. Time excluded from 4/1/2025 until 5/14/2025. Pretrial Conference set for 5/14/2025 at 12:00 PM before Judge George B. Daniels. (bw) (Entered: 04/01/2025) |
| 04/09/2025 | 22 | ORDER as to Kareem Adams. Defendant has continuously refused to appear in court on four separate occasions since his initial arraignment on June 11, 2024. In the most recent instance, this Court scheduled a conference for April 2, 2025 at Defendant's |

| | | |
|---|---|---|
| | | request that he be produced from jail by the United States Marshals for a court appearance. Defendant then refused to be transported to appear at the April 2 conference. At that scheduled conference, Defendant's attorney indicated that she would be filing an application to be relieved. On April 2, 2025, this Court received a letter from Defendant requesting to proceed prose. On April 3, 2025, counsel for Defendant filed a letter under seal requesting that this Court appoint new counsel to represent Defendant. Unless the Defendant personally appears in court on the next scheduled court date of May 14, 2025, both his attorney's application to be relieved and his application to proceed pro se willbe denied. The case will continue to proceed in his voluntary absence. "A defendant who deliberately fails to appear in court does so voluntarily, and his absence can be considered a knowing waiver. Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A), until Defendant voluntarily appears in court. No pro se applications will be considered by the Court if the Defendant continues to refuse to appear (Signed by Judge George B. Daniels on 4/8/25)(jw) (Entered: 04/09/2025) |
| 04/09/2025 | 23 | LETTER MOTION addressed to Judge George B. Daniels from Sarah M. Sacks dated April 9, 2025 re: request to adjourn motions schedule . Document filed by Kareem Adams. (Sacks, Sarah) (Entered: 04/09/2025) |
| 04/10/2025 | 24 | MEMO ENDORSEMENT 23 LETTER MOTION as to Kareem Adams (1)....ENDORSEMENT...SO ORDERED (Signed by Judge George B. Daniels on 4/9/25) (jw) (Entered: 04/10/2025) |
| 04/10/2025 | 25 | SEALED DOCUMENT placed in vault. (jus) (Entered: 04/10/2025) |
| 05/14/2025 | | Minute Entry for proceedings held before Judge George B. Daniels: Status Conference as to Kareem Adams held on 5/14/2025. Attorney(s) present for Government: Patrick Ryan Moroney. Attorney(s) present for Defendant(s): Sarah M Sacks. Also present: Defendant; Court Reporter. Notes: Conference held May 14, 2025. Pretrial motions due June 20, 2025. Pretrial filings due as stated in Individual Rule of Practice VI(C). Trial is scheduled for August 4, 2025 at 9:45 a.m. Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time. (Motions due by 6/20/2025. Jury Trial set for 8/4/2025 at 09:45 AM before Judge George B. Daniels.) (jbo) (Entered: 05/14/2025) |
| 05/15/2025 | 26 | LETTER MOTION addressed to Judge George B. Daniels from Patrick R. Moroney dated May 15, 2025 re: Speedy Trial Act and Request for Conference . Document filed by USA as to Kareem Adams. (Moroney, Patrick) (Entered: 05/15/2025) |
| 05/19/2025 | 27 | ORDER as to Kareem Adams: A final pretrial conference is scheduled for June 25, 2025 at 10:00 a.m., at which time Defendant will be arraigned on the Superseding Indictment. In light of the Defendant's previous absences from court and the pending motion schedule, time is excluded under the Speedy Trial Act through the August 4, 2025 trial date. SO ORDERED. (Final Pretrial Conference set for 6/25/2025 at 10:00 AM before Judge George B. Daniels) (Signed by Judge George B. Daniels on 5/16/2025) (lnl) (Entered: 05/19/2025) |
| 05/20/2025 | 28 | SEALED DOCUMENT placed in vault. (jus) (Entered: 05/20/2025) |
| 05/28/2025 | 29 | LETTER MOTION addressed to Judge George B. Daniels from Patrick R. Moroney dated May 28, 2025 re: Scheduling Change−of−Plea Proceeding . Document filed by USA as to Kareem Adams. (Moroney, Patrick) (Entered: 05/28/2025) |
| 05/28/2025 | 30 | MEMO ENDORSEMENT as to Kareem Adams (1) on 29 LETTER MOTION addressed to Judge George B. Daniels from Patrick R. Moroney dated May 28, 2025 re: Scheduling Change−of−Plea Proceeding. ENDORSEMENT: SO ORDERED. Change−of−plea hearing set for June 10, 2025 at 10:00 a.m. (Signed by Judge George B. Daniels on 5/28/2025) (ap) (Entered: 05/28/2025) |
| 05/28/2025 | | Set/Reset Hearings as to Kareem Adams: Change of Plea Hearing set for 6/10/2025 at 10:00 AM before Judge George B. Daniels. (ap) (Entered: 05/28/2025) |
| 06/10/2025 | | Minute Entry for proceedings held before Judge George B. Daniels: Status Conference as to Kareem Adams held on 6/10/2025. Attorney(s) present for Government: Patrick Ryan Moroney. Attorney(s) present for Defendant(s): Sarah M Sacks. Also present: Court Reporter. Notes: Conference held June 10, 2025. Defendant refused |

| | | |
|---|---|---|
| | | transportation to appear. A final pretrial conference is scheduled for June 25, 2025 at 10:00 a.m. Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until the August 4, 2025 trial date. (Pretrial Conference set for 6/25/2025 at 10:00 AM before Judge George B. Daniels) (ap) (Entered: 06/10/2025) |
| 06/17/2025 | 31 | SEALED DOCUMENT placed in vault. (jus) (Entered: 06/17/2025) |
| 06/18/2025 | 32 | NOTICE OF ATTORNEY APPEARANCE Alexandra S. Messiter appearing for USA. (Messiter, Alexandra) (Entered: 06/18/2025) |
| 06/20/2025 | 33 | LETTER MOTION addressed to Judge George B. Daniels from Sarah M. Sacks dated June 20, 2025 re: motion to dismiss count two, for a bill of particulars with respect to count three and Mr. Adams' pro se motion to dismiss . Document filed by Kareem Adams. (Attachments: # 1 Exhibit Mr. Adams' pro se motion)(Sacks, Sarah) (Entered: 06/20/2025) |
| 06/23/2025 | 34 | LETTER MOTION addressed to Judge George B. Daniels from Patrick R. Moroney dated June 23, 2025 re: Compelling Defendant's Attendance at Trial and June 25 Final Pretrial Conference . Document filed by USA as to Kareem Adams. (Attachments: # 1 Proposed Order Authorizing Reasonable Force To Compel Defendant's Attendance in Court, # 2 Exhibit − Proposed Faretta Script)(Moroney, Patrick) (Entered: 06/23/2025) |
| 06/24/2025 | 35 | TRANSCRIPT of Proceedings as to Kareem Adams re: Conference held on 6/10/2025 before Judge George B. Daniels. Court Reporter/Transcriber: Amy Walker, (212) 805−0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/15/2025. Redacted Transcript Deadline set for 7/25/2025. Release of Transcript Restriction set for 9/22/2025. (McGuirk, Kelly) (Entered: 06/24/2025) |
| 06/24/2025 | 36 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Kareem Adams. Notice is hereby given that an official transcript of a Conference proceeding held on 6/10/2025 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 06/24/2025) |
| 06/25/2025 | | Minute Entry for proceedings held before Judge George B. Daniels: Change of Plea Hearing as to Kareem Adams held on 6/25/2025. Attorney(s) present for Government: Patrick Ryan Moroney; Alexandra S. Messiter; Adam Hobson. Attorney(s) present for Defendant(s): Sarah M Sacks. Also present: Defendant; Court Reporter. Notes: Change of Plea proceeding held June 25, 2025. Defendant pleaded guilty to lesser included offense of Count Three of the Superseding Indictment, possessing a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A)(i). Sentencing scheduled for October 8, 2025 at 10:00 a.m. The trial scheduled for August 4, 2025 is cancelled. (Sentencing set for 10/8/2025 at 10:00 AM before Judge George B. Daniels) (ap) (Entered: 06/25/2025) |
| 06/25/2025 | | Minute Entry for proceedings held before Judge George B. Daniels: Plea entered by Kareem Adams (1) Guilty of Lesser Offense as to Count 3s. (ap) (Entered: 06/25/2025) |
| 06/25/2025 | 37 | TRANSCRIPT of Proceedings as to Kareem Adams re: Conference held on 5/14/2025 before Judge George B. Daniels. Court Reporter/Transcriber: Rebecca Forman, (212) 805−0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/16/2025. Redacted Transcript Deadline set for 7/28/2025. Release of Transcript Restriction set for 9/23/2025. (McGuirk, Kelly) (Entered: 06/25/2025) |
| 06/25/2025 | 38 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Kareem Adams. Notice is hereby given that an official transcript of a Conference proceeding held on 5/14/2025 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made |

| | | |
|---|---|---|
| | | remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 06/25/2025) |
| 08/06/2025 | 39 | TRANSCRIPT of Proceedings as to Kareem Adams re: Plea held on 6/25/2025 before Judge George B. Daniels. Court Reporter/Transcriber: Andrew Walker, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/27/2025. Redacted Transcript Deadline set for 9/8/2025. Release of Transcript Restriction set for 11/4/2025. (McGuirk, Kelly) (Entered: 08/06/2025) |
| 08/06/2025 | 40 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Kareem Adams. Notice is hereby given that an official transcript of a Plea proceeding held on 6/25/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 08/06/2025) |
| 09/26/2025 | 43 | LETTER MOTION addressed to Judge George B. Daniels from Sarah M. Sacks dated September 26, 2025 re: request for sentencing adjournment on consent . Document filed by Kareem Adams. (Sacks, Sarah) (Entered: 09/26/2025) |
| 09/29/2025 | 44 | MEMO ENDORSEMENT 43 LETTER MOTION as to Kareem Adams (1)....ENDORSEMENT...The sentencing scheduled for October 8, 2025 is adjourned to November 12, 2025 at 10:00am (Signed by Judge George B. Daniels on 9/29/25) (jw) (Entered: 09/29/2025) |
| 09/29/2025 | | Set/Reset Deadlines/Hearings as to Kareem Adams: Sentencing set for 11/12/2025 at 10:00 AM before Judge George B. Daniels (jw) (Entered: 09/29/2025) |
| 10/26/2025 | 45 | LETTER MOTION addressed to Judge George B. Daniels from Patrick R. Moroney dated October 26, 2025 re: Order Regarding Defendant's October 29 Production to New York County Supreme Court . Document filed by USA as to Kareem Adams. (Attachments: # 1 Proposed Order for Production)(Moroney, Patrick) (Entered: 10/26/2025) |
| 10/29/2025 | 46 | LETTER by USA as to Kareem Adams addressed to Judge George B. Daniels from Patrick R. Moroney dated October 29, 2025 re: Notification of Defendant's Refusal and Additional Information Regarding Force Order. Document filed by USA. (Attachments: # 1 Proposed Order for Defendant's Production)(Moroney, Patrick) (Entered: 10/29/2025) |
| 11/04/2025 | 47 | SENTENCING SUBMISSION by Kareem Adams. (Sacks, Sarah) (Entered: 11/04/2025) |
| 11/06/2025 | 48 | SEALED DOCUMENT placed in vault. (jus) (Entered: 11/06/2025) |
| 11/07/2025 | 49 | SENTENCING SUBMISSION by USA as to Kareem Adams. (Moroney, Patrick) (Entered: 11/07/2025) |
| 11/12/2025 | | Minute Entry for proceedings held before Judge George B. Daniels: Sentencing held on 11/12/2025 for Kareem Adams (1) Count 3s. Attorney(s) present for Government: Patrick R. Moroney; Alexandra S. Messiter. Attorney(s) present for Defendant(s): Sarah M. Sacks. Also present: Court Reporter, Defendant. Notes: Sentencing held. Court imposed a sentence of seventy–two months' imprisonment on Count 3 and a Supervised Release term of five years. Defendant must pay a special assessment of $100. (ap) (Entered: 11/12/2025) |
| 11/12/2025 | | DISMISSAL OF COUNTS on Government Motion as to Kareem Adams (1) Count 1,1s,2,2s. (lnl) (Entered: 11/12/2025) |
| 11/12/2025 | 50 | JUDGMENT IN A CRIMINAL CASE as to Kareem Adams (1), Count(s) 1, 1s, 2, 2s. The defendant pleaded guilty to Count Three (3). Counts 1 and 2 are dismissed on the motion of the United States. IMPRISONMENT: Seventy–two (72) months on count three. It is recommended that Defendant be placed in a BOP facility in close proximity to the New York City metropolitan area other than MDC Brooklyn. The defendant is remanded to the custody of the United States Marshal. SUPERVISED RELEASE: |

| | | |
|---|---|---|
| | | Five (5) years. ASSESSMENT: $100.00 due immediately. (Signed by Judge George B. Daniels on 11/12/2025) (lnl) (Entered: 11/12/2025) |
| 11/13/2025 | 51 | SEALED DOCUMENT placed in vault. (jus) (Entered: 11/13/2025) |
| 11/18/2025 | 52 | NOTICE OF APPEAL by Kareem Adams from 50 Judgment. (km) (Entered: 11/18/2025) |
| 11/18/2025 | | Appeal Remark as to Kareem Adams re: 52 Notice of Appeal – Final Judgment. $605.00 Appeal fee waived, CJA appointed attorney. (km) (Entered: 11/18/2025) |
| 11/18/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to Kareem Adams to US Court of Appeals re: 52 Notice of Appeal – Final Judgment. (km) (Entered: 11/18/2025) |
| 11/18/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files as to Kareem Adams re: 52 Notice of Appeal – Final Judgment were transmitted to the U.S. Court of Appeals. (km) (Entered: 11/18/2025) |