# ELIZABETH A. LATIF

Attorney at Law

1022 Boulevard, Suite 272
West Hartford, CT 06119
T: (860) 996-1723
elatif@elizabethlatif.com

Second Circuit Court of Appeals                              January 14, 2026
40 Foley Square
New York, NY 10007

  Re:  Re:  *United States v. Adams*, 25-2936

Dear Sir or Madam:

  As of this date, I have requested, but not received, the transcripts necessary for the appeal.

  Thank you.

        Very truly yours,

        */s/ Elizabeth A. Latif*

        Elizabeth A. Latif